# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KONDAUR CAPITAL CORPORATION,    :   No. 247 EAL 2016

           Respondent    :

                         :   Petition for Allowance of Appeal from

                         :   the Order of the Superior Court

         v.                  :

MARSHALL L. WILLIAMS,         :

           Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.